IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN L. MARKIEWICZ,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **02-1071-JPG** |
| **WILLIAM SPILLER, LARRY WITTENBURG, C.A. HEINS, Lt. BROSHEARS, Lt. WILSON, K. HICKS, Lt. GALES, and ROGER COWAN,** | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Defendants' Motion for Enlargement of Time **(Doc. 50)** is **GRANTED** as follows:

Defendants are granted an extension of time, up to and including **November 18, 2005**, in which to respond to plaintiff's amended complaint.

The deadline for filing dispositive motions is extended to **December 15, 2005**.

**IT IS SO ORDERED.**

**DATE: November 14, 2005.**

                                                                  s/ Clifford J. Proud
                                                                  **CLIFFORD J. PROUD**
                                                                  **UNITED STATES MAGISTRATE JUDGE**